tions 217.825–217.841, RSMo 2000. We affirm. Rule 84.16(b).

### Melody Ann OLLISON, Appellant,

### v.

### James Dale OLLISON, Respondent.

### No. WD 75535.

Missouri Court of Appeals, Western District.

Sept. 17, 2013.

John Edmiston, Warrensburg, MO, for appellant.

Charles Fitzgerald, Warrensburg, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Ms. Melody Ann Ollison appeals the trial court's judgment dissolving her marriage to Mr. James Dale Ollison.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

### STATE of Missouri, Respondent,

### v.

### Keith B. KELLNER, Appellant.

### No. WD 75470.

Missouri Court of Appeals, Western District.

Sept. 17, 2013.

Margaret Johnston, Columbia, MO, for Appellant.

Jennifer Rodewald, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Keith Kellner appeals the circuit court's judgment convicting him of first-degree murder and armed criminal action. We affirm. Rule 30.25(b).